UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMAN LUCIEN LEMELLE, JR.,<br><br>Defendant. | No. 1:98-cr-05278-DAD<br><br>ORDER DIRECTING CLERK TO DISBURSE MONIES FROM UNCLAIMED FUNDS ACCOUNT |

In 2013, $650.67 was thought to be interest on the restitution and moved to the unclaimed funds account. After further review, these monies were an overpayment of restitution. The Clerk of the Court is hereby directed to transfer $650.67 held in the court's unclaimed funds account to the deposit fund, to be refunded to the defendant.

IT IS SO ORDERED.

Dated: **April 11, 2019**

_/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1